IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THERESIA COLLINS, | ) | Case No.1:17CV769 |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|  -vs- | ) | <u>O R D E R</u> |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | JUDGE CHRISTOPHER A. BOYKO |
|    Defendant. | ) | |
| | ) | |

On April 11, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1) and a Motion to Proceed *In Forma Pauperis* (Dkt #2). This matter was referred to Magistrate Judge Thomas M. Parker pursuant to Local Rule 72.2(b). On April 14, 2017, the Magistrate Judge recommended that the Plaintiff's IFP application be denied (Dkt.#5). On May 1, 2017, Plaintiff paid the filing fee.

Therefore, Magistrate Judge Parker's Report and Recommendation is **ADOPTED** and the Motion to Proceed *In Forma Pauperis* is denied.

   IT IS SO ORDERED.

   Dated:5/5/2017                 *S/Christopher A. Boyko*
                                       CHRISTOPHER A. BOYKO
                                       UNITED STATES DISTRICT JUDGE